NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darby Green, | No. CV-16-01697-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Trans Union LLC, *et al.*, | |
| Defendants. | |

A Notice of Settlement as to Defendant Bank of America, N.A., Only (Doc. 37) having been filed,

IT IS ORDERED that this matter will be dismissed with prejudice as to Defendant Bank of America, N.A. only, 60 days after the docketing of this order unless the Plaintiff or Defendant Bank of America, N.A. files a stipulation to dismiss prior to that date. The settlement constitutes an accord which has extinguished the underlying claim as to these two parties only. All pending hearings and motions relating to Plaintiff and Defendant Bank of America, N.A. are deemed moot.

Dated this 4th day of November, 2016.

Honorable John J. Tuchi
United States District Judge